# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ANTONIO WILKERSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No: 7:14-cv-530-CLS-JEO |
| JENNIFER CARROLL, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on November 21, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, **ADOPTED,** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DONE this 3rd day of March, 2015.

_____
United States District Judge